PHILLIP A. TALBERT
Acting United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMIRO GONZALEZ-CORDOVA, <br><br> Defendant. | CASE NO.  2:24-cr-0273 DJC <br><br> [PROPOSED] ORDER TO SEAL <br><br> **(UNDER SEAL)** |

The Court hereby orders that the Indictment, the Petition of Special Assistant U.S. Attorney NICOLE MOODY to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: October 3, 2024

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT      1