HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, # 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
RAMIRO GONZALEZ-CORDOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-00273-DJC |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION TO VACATE STATUS AND SET CHANGE OF PLEA HEARING; ORDER |
| vs. | ) | |
| RAMIRO GONZALEZ-CORDOVA, | ) | Date: February 27, 2025<br>Time: 9:00 a.m.<br>Court: Hon. Daniel J. Calabretta |
| *Defendant*. | ) | |

-1-

**STIPULATION**

The parties agree and stipulate, and request that the Court find the following:

1. On December 17, 2024, Defendant Ramiro Gonzalez-Cordova had his initial appearance in the above matter. At that time, a status conference was set for February 27, 2025, and the time period of December 17, 2024 to February 27, 2025, inclusive, was deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].
2. The parties have now come to a negotiated resolution of this matter.
3. By this stipulation, Mr. Gonzalez-Cordova now moves to vacate the status conference set for February 27, 2025 and to set a change of plea hearing for January 30, 2025.
4. The government does not object to this request.

IT IS SO STIPULATED.

Dated: January 22, 2025                    HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ Meghan McLoughlin
                                           MEGHAN MCLOUGHLIN
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           RAMIRO GONZALEZ-CORDOVA

Dated: January 22, 2025                    /s/ Nicole Moody
                                           NICOLE MOODY
                                           Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 23rd day of January, 2025.

Dated:  January 23, 2025                   /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE