**FILED**
5/15/2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMIRO GONZALEZ-CORDOVA,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00273-DJC-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release RAMIRO GONZALEZ-CORDOVA – Case No. 2:24-cr-00273-DJC-1; Charge 8 U.S.C. §§ 1326(a) and (b)(2)– from custody for the following reasons:

☐ Release on Personal Recognizance

☐ Bail Posted in the Sum of $

☐ Unsecured Appearance Bond $

☐ Appearance Bond with 10% Deposit

**X** Other:  Defendant sentenced to a term of imprisonment of TIME SERVED. Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 5/15/2025 at 10:30 AM.

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE